DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
PABLO VASQUEZ

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>              v.<br><br>YAN EBYAM<br>THOMAS JOPSON<br>DAVID JOPSON<br>AIMEE SISCO<br>JESUS BRUCE<br>PABLO VASQUEZ<br>DOLF FRED PODVA,<br><br>                        Defendants. | CR.  No.  2:11-mj-176 EFB<br><br>**DEFENDANT'S STIPULATION FOR CONTINUANCE OF DETENTION HEARING; AND ORDER** |

## **STIPULATION**

Plaintiff, United States of America, by and through its counsel, Jason Hitt and defendant Pablo Vasquez, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for a detention hearing, June 23, 2011 at 2:00 p.m., in the courtroom of the Honorable Edmund F. Brennan.  The parties agree that the case may be set for detention hearing on June 24, 2011, at 2:00 p.m..  This stipulation has been

STIPULATION and ORDER                          - 1 -

reached because Pretrial Services needs additional time to complete its investigation and report in this matter.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 23, 2011           /s/ David D. Fischer
                               DAVID D. FISCHER
                               Attorney for Defendant
                               PABLO VASQUEZ

                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: June 23, 2011     By:   /s/ David D. Fischer for
                               JASON HITT
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

## ORDER

For the reasons set forth in the accompanying stipulation of counsel, the date of June 23, 2011, will be vacated for Mr. Vasquez's detention hearing. The matter will be placed on calendar for June 24, 2011, at 2:00 p.m. before the Honorable Edmund F. Brennan for a detention hearing.

IT IS SO ORDERED

Dated: June 23, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE