**FILED**
June 29, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   Case No. MAG. 11-0176-EFB
        Plaintiff,           )
v.                          )
                            )   ORDER FOR RELEASE OF
PABLO OMAR VASQUEZ,          )   PERSON IN CUSTODY
                            )
        Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PABLO OMAR VASQUEZ, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

__X__  Bail Posted in the Sum of: $150,000.00.

____   Unsecured Appearance Bond

__X__  Secured Appearance Bond

__X__  (Other) Conditions as stated on the record.

__X__  (Other) Secured bond paperwork to filed by 07/13/11.


This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/29/2011  at  2:35 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge